Case 19-23046-GLT  Doc 21  Filed 08/28/19  Entered 08/28/19 19:59:10  Desc Main
Document      Page 1 of 7

001305
CO   FILE   DEPT   CLOCK   VCHR. NO.   056

# Earnings Statement

**ADP**

PENNSYLVANIA TRANSFORMER TECHNOLOGY, INC.
201 CAROLINA DR.
RAEFORD, NC 28376

Period Ending:  08/17/2019
Pay Date:       08/23/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  1
  PA:       N/A

LEE W PILLAR
1707 SOHN RD
ALIQUIPPA PA 15001

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 80.00 | 1,440.00 | 4,320.00 |
| Shift2 | 18.0000 | 80.00 | 44.00 | 88.00 |
| **Gross Pay** | | | **$1,484.00** | 4,408.00 |

Your federal taxable wages this period are
$1,326.87

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ytd Gross | | 4,408.00 |

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -114.83 | 376.93 |
| Social Security Tax | -82.26 | 263.55 |
| Medicare Tax | -19.24 | 61.64 |
| PA State Income Tax | -40.73 | 130.50 |
| Aliquippa Ci Income Tax | -19.90 | 63.76 |
| PA SUI/SDI Tax | -0.89 | 2.64 |
| **Other** | | |
| Dental | -13.86* | 13.86 |
| Health | -143.27* | 143.27 |
| Long Term Disab | -9.22 | 9.22 |
| Lst Tax | -2.00 | 6.00 |
| Short Term Dis | -6.65 | 6.65 |
| Union Dues | -21.52 | 21.52 |
| Union Dues (Hou | -1.60 | 1.60 |
| Union Intiatiio | -10.00 | 10.00 |
| Safety Shoes | | -80.00 |

| | |
|---|---|
| **Net Pay** | **$998.03** |
| Check | -998.03 |
| **Net Check** | **$0.00** |

\* Excluded from federal taxable wages

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

PENNSYLVANIA TRANSFORMER TECHNOLOGY, INC.
201 CAROLINA DR.
RAEFORD, NC 28376

Advice number:  00000340158
Pay date:       08/23/2019

**Deposited to the account of**
LEE W PILLAR

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3204 | XXXX XXXX | $998.03 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

© 2000 ADP, LLC

**Earnings Statement** ADP

PENNSYLVANIA TRANSFORMER TECHNOLOGY, INC.
201 CAROLINA DR.
RAEFORD, NC 28376

Period Ending: 08/03/2019
Pay Date: 08/09/2019

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 1
    PA: N/A

LEE W PILLAR
1707 SOHN RD
ALIQUIPPA PA 15001

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 80.00 | 1,440.00 | 2,880.00 |
| Shift2 | 18.0000 | 80.00 | 44.00 | 44.00 |
| **Gross Pay** | | | **$1,484.00** | 2,924.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ytd Gross | | 2,924.00 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -133.69 | 262.10 |
| Social Security Tax | | -92.01 | 181.29 |
| Medicare Tax | | -21.52 | 42.40 |
| PA State Income Tax | | -45.56 | 89.77 |
| Aliquippa Ci Income Tax | | -22.26 | 43.86 |
| PA SUI/SDI Tax | | -0.89 | 1.75 |
| **Other** | | | |
| Lst Tax | | -2.00 | 4.00 |
| Safety Shoes | | | -80.00 |
| **Net Pay** | | **$1,166.07** | |
| Check | | -1,166.07 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $1,484.00

©1998, 2006. ADP, LLC All Rights Reserved.
▼ TEAR HERE

# Earnings Statement  ADP

PENNSYLVANIA TRANSFORMER TECHNOLOGY, INC.
201 CAROLINA DR.
RAEFORD, NC 28376

Period Ending: 07/20/2019
Pay Date: 07/26/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA: N/A

LEE W PILLAR
1707 SOHN RD
ALIQUIPPA PA 15001

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 80.00 | 1,440.00 | 1,440.00 |
| Gross Pay | | | $1,440.00 | 1,440.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -128.41 | 128.41 |
| | Social Security Tax | -89.28 | 89.28 |
| | Medicare Tax | -20.88 | 20.88 |
| | PA State Income Tax | -44.21 | 44.21 |
| | Aliquippa Ci Income Tax | -21.60 | 21.60 |
| | PA SUI/SDI Tax | -0.86 | 0.86 |

Other
  Lst Tax                -2.00        2.00
  Safety Shoes                       -80.00

Adjustment
  Safety Shoes          +80.00

Net Pay                $1,212.76

Net Check              $1,212.76

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Ytd Gross | | 1,440.00 |

**Deposits**
Account No.    xxxxxx3204
Transit/ABA    XXXX XXXX
Pending

**Important Notes**
YOUR BANK WAS NOTIFIED OF YOUR REQUEST FOR DIRECT DEPOSIT. IT WILL BEGIN AFTER ACCOUNT VERIFICATION.

Your federal taxable wages this period are
$1,440.00

Hufnagel & Majors, Inc
265 Perry Highway
PA 16037

Lee W Pillar
1707 SOHN ROAD
ALIQUIPPA, PA 15001

**Employee Pay Stub**  Check number:    Pay Period: 06/16/2019 - 06/22/2019    Pay Date: 06/28/2019

**Employee**    SSN    Status (Fed/State)    Allowances/Extra
Lee W Pillar, 1707 SOHN ROAD, ALIQUIPPA, PA 15001    \*\*\*-\*\*-3098    Single/Withhold    Fed-0/0/PA-0/0

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|---|---|---|---|---|
| Hourly | 22:00 | 15.00 | 330.00 | 330.00 | Sick | 0:00 | | 24:00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -27.00 | -27.00 |
| Social Security Employee | -20.46 | -20.46 |
| Medicare Employee | -4.79 | -4.79 |
| PA - Withholding | -10.13 | -10.13 |
| PA - Unemployment | -0.20 | -0.20 |
| | -62.58 | -62.58 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Local Service Tax | -1.00 | -1.00 |
| Local Withholding | -3.30 | -3.30 |
| | -4.30 | -4.30 |

**Net Pay**    263.12    263.12

Hufnagel & Majors, Inc, 265 Perry Highway, PA 16037    Powered by **Intuit Payroll**

Hufnagel & Majors, Inc
265 Perry Highway
PA 16037

Lee W Pillar
1707 SOHN ROAD
ALIQUIPPA, PA 15001

| Employee Pay Stub | | Check number: | | | | Pay Period: 06/23/2019 - 06/29/2019 | | Pay Date: 07/05/2019 | |
|---|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | | SSN | Status (Fed/State) | Allowances/Extra | |
| Lee W Pillar, 1707 SOHN ROAD, ALIQUIPPA, PA 15001 | | | | | | ***-**-3098 | Single/Withhold | Fed-0/0/PA-0/0 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|---|---|---|---|---|
| Hourly | 16:00 | 15.00 | 240.00 | 570.00 | Sick | 0:00 | | 24:00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -17.00 | -44.00 |
| Social Security Employee | -14.88 | -35.34 |
| Medicare Employee | -3.48 | -8.27 |
| PA - Withholding | -7.37 | -17.50 |
| PA - Unemployment | -0.14 | -0.34 |
| | -42.87 | -105.45 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Local Service Tax | -1.00 | -2.00 |
| Local Withholding | -2.40 | -5.70 |
| | -3.40 | -7.70 |

| Net Pay | 193.73 | 456.85 |
|---|---|---|

Hufnagel & Majors, Inc, 265 Perry Highway, PA 16037

Powered by **Intuit Payroll**

**PERSONAL AND CHECK INFORMATION**
Lee W Pillar
1707 Sohn Road
Aliquippa, PA 15001
Soc Sec #: xxx-xx-xxxx     Employee ID: 282

Home Department: 2000 Van Drivers

Pay Period: 06/03/19 to 06/16/19
Check Date: 06/21/19    Check #: 26009

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 1098.12 |
| Chkg 3204 | 489.46 | 5485.89 |
| **NET PAY** | **489.46** | **6584.01** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 68.00 | 9.0000 | 612.00 | 823.00 | 7407.00 |
| Overtime | | | | 64.75 | 874.15 |
| Total Hours | 68.00 | | | 887.75 | |
| Gross Earnings | | | 612.00 | | 8281.15 |
| Total Hrs Worked | 68.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 37.94 | 513.43 |
| Medicare | | 8.88 | 120.08 |
| Fed Income Tax | S 0 | 48.44 | 697.59 |
| PA Income Tax | | 18.79 | 254.24 |
| PA Unemploy | | 0.37 | 4.99 |
| PA FINDL-All Inc | | 6.12 | 82.81 |
| PA LFINA-All LST | | 2.00 | 24.00 |
| **TOTAL** | | **122.54** | **1697.14** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **489.46** | **6584.01** |

Payrolls by Paychex, Inc.

0046 0046-8070  Charlie Browns Airport Parking • 600 Flaugherty Run Road • Coraopolis PA 15108 • (412) 262-4931

**PERSONAL AND CHECK INFORMATION**
Lee W Pillar
1707 Sohn Road
Aliquippa, PA 15001
Soc Sec #: xxx-xx-xxxx    Employee ID: 282

Home Department: 2000 Van Drivers

Pay Period: 05/20/19 to 06/02/19
Check Date: 06/07/19    Check #: 25991

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 1098.12 |
| Chkg 3204 | 347.00 | 4996.43 |
| **NET PAY** | **347.00** | **6094.55** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 47.50 | 9.0000 | 427.50 | 755.00 | 6795.00 |
| Overtime | | | | 64.75 | 874.15 |
| Total Hours | 47.50 | | | 819.75 | |
| Gross Earnings | | | 427.50 | | 7669.15 |
| Total Hrs Worked | 47.50 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 26.51 | 475.49 |
| Medicare | | 6.20 | 111.20 |
| Fed Income Tax | S 0 | 28.13 | 649.15 |
| PA Income Tax | | 13.12 | 235.45 |
| PA Unemploy | | 0.26 | 4.62 |
| PA FINDL-All Inc | | 4.28 | 76.69 |
| PA LFINA-All LST | | 2.00 | 22.00 |
| **TOTAL** | | **80.50** | **1574.60** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 347.00 | 6094.55 |

Payrolls by Paychex, Inc.

0046 0046-8070  Charlie Browns Airport Parking • 600 Flaugherty Run Road • Coraopolis PA 15108 • (412) 262-4931