**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-23046-GLT |
| LEE W. PILLAR, | : | |
|     Debtor | : | Chapter 13 |
| \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | : | Document No. |
| Lee W. Pillar | : | |
|     Movant | : | |
|   v. | : | |
| Pennsylvania Transformer Technology, Inc. | : | |
| Attn: Payroll Department | : | |
| 201 Carolina Drive | : | |
| Raeford, NC 28376 | : | |
|     Respondent. | : | |

**CERTIFICATE OF SERVICE OF ORDER TO PAY TRUSTEE
PURSUANT TO WAGE ATTACHMENT**

    I, Joan Shinavski, Esquire, certify under penalty of perjury that, on September 6, 2019, I served the **Order to Pay Trustee Pursuant to Wage Attachment dated September 6, 2019, together with the Notification of Debtor's Social Security Number**, on the parties listed below, by the means set forth below.

<u>First Class Mail, postage prepaid</u>
Pennsylvania Transformer Technology, Inc.
Attn: Payroll Department
201 Carolina Drive
Raeford, NC 28376

Lee W. Pillar
1707 Sohn Drive
Aliquippa, PA 15001

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222
(without Notification of Debtor's Social Security Number)

Service pursuant to Court Procedure #11, Chapter 13 Procedures
of the U.S. Bankruptcy Court for the Western District of Pennsylvania

Ronda J. Winnecour, Chapter 13 Trustee
(without Notification of Debtor's Social Security Number)

Dated:  September 6, 2019 	*/s/ Joan Shinavski*_____
	Joan Shinavski, Esquire
	PA I.D. No. 90978
	Gabriel & Shields
	Fort Pitt Commons Suite LL500
	445 Fort Pitt Boulevard
	Pittsburgh, PA 15219
	Telephone:  (412) 251-5246
	Facsimile:  (412) 532-2510
	E-mail:  joan@gabrielshieldslaw.com