## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No.: 19-23046-GLT |
| **LEE W. PILLAR**, ) | **Chapter 13** |
|       Debtor ) | |
| **LEE W. PILLAR**, ) | Document No.: |
|       Movant ) | |
| v. ) | |
| ALLY FINANCIAL, CAVALRY PORTFOLIO ) | Hearing Date: |
| SERVICES, CAVALRY SPV 1 LLC, ) | October 8, 2019, at 10:30 a.m. |
| COMENITY BANK/BUCKLE ) | |
| DUQUESNE LIGHT COMPANY, ) | |
| EASTERN REVENUE INC., HUNTINGTON ) | |
| BANK, LAW OFFICES OF MITCHELL ) | |
| BLUHM, M&T BANK, MIDLAND ) | |
| FUNDING LLC, PRA RECEIVABLES ) | |
| MANAGEMENT LLC, PENNSYLVANIA ) | |
| DEPARTMENT OF REVENUE, STATE ) | |
| FARM INSURANCE, SYNCB/CARE CREDIT, ) | |
| SYNCB/JCPENNEY, SYNCB/LOWES, ) | |
| SYNCHRONY BANK, TRANSWORLD ) | |
| SYSTEMS, VERIZON WIRELESS, XFINITY, ) | |
| OFFICE OF THE UNITED STATES ) | |
| TRUSTEE, and RONDA J. WINNECOUR, ) | |
| CHAPTER 13 TRUSTEE, ) | |
|       Respondents. ) | |

## **CERTIFICATE OF NO OBJECTION REGARDING APPLICATION FOR APPROVAL OF JOHN J. ZAGARI, ESQ. AND ZAGARI LAW OFFICE AS SPECIAL COUNSEL FOR THE DEBTOR'S PERSONAL INJURY CLAIMS**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Debtor's Application for Approval of John J. Zagari, Esq., and Zagari Law Office as Special Counsel for the Debtor's Personal Injury Claims filed on August 28, 2019, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than September 16, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated:  September 17, 2019                    Respectfully submitted,

                                          ***/s/Joan Shinavski***_____
                                          JOAN SHINAVSKI, ESQUIRE
                                          Counsel for Movant/Debtor
                                          PA ID No. 90978
                                          Fort Pitt Commons Suite LL500
                                          445 Fort Pitt Boulevard
                                          Pittsburgh, PA  15219
                                          Telephone:     (412) 251-5246
                                          Facsimile:      (412) 532-2510
                                          E-mail:           joan@gabrielshieldslaw.com