# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | **Case No.: 19-23046-GLT** |
| **LEE W. PILLAR**, | ) | **Chapter 13** |
|     Debtor | ) | |
| **LEE W. PILLAR**, | ) | Document No.: |
|     Movant | ) | |
| v. | ) | |
| **ALLY FINANCIAL, CAVALRY PORTFOLIO** | ) | Hearing Date: |
| **SERVICES, CAVALRY SPV 1 LLC,** | ) | October 8, 2019, at 10:30 a.m. |
| **COMENITY BANK/BUCKLE** | ) | |
| **DUQUESNE LIGHT COMPANY,** | ) | |
| **EASTERN REVENUE INC., HUNTINGTON** | ) | |
| **BANK, LAW OFFICES OF MITCHELL** | ) | |
| **BLUHM, M&T BANK, MIDLAND** | ) | |
| **FUNDING LLC, PRA RECEIVABLES** | ) | |
| **MANAGEMENT LLC, PENNSYLVANIA** | ) | |
| **DEPARTMENT OF REVENUE, STATE** | ) | |
| **FARM INSURANCE, SYNCB/CARE CREDIT,** | ) | |
| **SYNCB/JCPENNEY, SYNCB/LOWES,** | ) | |
| **SYNCHRONY BANK, TRANSWORLD** | ) | |
| **SYSTEMS, VERIZON WIRELESS, XFINITY,** | ) | |
| **OFFICE OF THE UNITED STATES** | ) | |
| **TRUSTEE, and RONDA J. WINNECOUR,** | ) | |
| **CHAPTER 13 TRUSTEE,** | ) | |
|     Respondents. | ) | |

**CERTIFICATE OF SERVICE OF DEFAULT ORDER GRANTING APPLICATION FOR APPROVAL OF JOHN J. ZAGARI, ESQ., AND ZAGARI LAW OFFICE AS SPECIAL COUNSEL FOR THE DEBTOR'S PERSONAL INJURY CLAIMS**

I certify under penalty of perjury that I served the above-captioned pleading on the parties at the addresses specified below, by the means set forth below, on the 19th day of September, 2019:

Service by First Class Mail
All parties listed on the Court's official mailing matrix, a copy of which is attached hereto

                                  ***/s/Joan Shinavski***
                                  Joan Shinavski, Esquire
                                  Attorney for Debtor/Movant
                                  PA I.D. No. 90978
                                  Fort Pitt Commons Suite LL 500
                                  445 Fort Pitt Boulevard
                                  Pittsburgh, PA  15219
                                  Telephone:  (412) 251-5246
                                  Fax:  (412) 532-2510
                                  E-mail:  joan@gabrielshieldslaw.com