IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-23046-GLT |
| Lee W. Pillar | : | Chapter 13 |
|     Debtor | : | |
| | : | |
| Lee W. Pillar | : | |
|     Movant | : | Document No. |
| v. | : | |
| M&T Bank | : | Related to Document No. 38 |
|     Respondent | : | |

## CERTIFICATE OF SERVICE OF
## LOSS MITIGATION ORDER DATED SEPTEMBER 26, 2019

I certify under penalty of perjury that I served the above-captioned pleading on the parties at the addresses specified below, by the means set forth below, on the 26th day of September, 2019:

Service by First Class Mail
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

Ronda J. Winnecour
Chapter 13 Trustee
U.S. Steel Tower Suite 3250
600 Grant Street
Pittsburgh, PA  15219

Office of the United States Trustee
Liberty Center Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

Lee W. Pillar
1707 Sohn Drive
Aliquippa, PA 15001

Service by Electronic Notification
Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

James Warmbrodt on behalf of Creditor M&T Bank
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

                                               */s/Joan Shinavski*_____
                                               Joan Shinavski, Esquire
                                               Counsel for Debtor/Movant
                                               PA I.D. No. 90978
                                               Fort Pitt Commons Suite LL 500
                                               445 Fort Pitt Boulevard
                                               Pittsburgh, PA  15219
                                               Telephone:  (412) 251-5246
                                               Fax:  (412) 532-2510
                                               E-mail:  joan@gabrielshieldslaw.com