**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19−23046−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Lee W. Pillar
   1707 Sohn Road
   Aliquippa, PA 15001

Social Security No.:
   xxx−xx−3098

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Joan Shinavski
Gabriel & Shields
Fort Pitt Commons Suite LL 500
445 Fort Pitt Boulevard
Pittsburgh, PA 15219
Telephone number:  412−532−2511

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number:  412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
October 28, 2019
11:00 AM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

CONFIRMATION HEARING DATE/TIME/LOC
October 28, 2019
11:00 AM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 9/26/19

BY THE COURT

Gregory L. Taddonio
Judge

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                              Case No. 19-23046-GLT
Lee W. Pillar                                                       Chapter 13
          Debtor                    CERTIFICATE OF NOTICE
District/off: 0315-2         User: lfin                  Page 1 of 2           Date Rcvd: Sep 26, 2019
                             Form ID: rsc13              Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2019.
db             +Lee W. Pillar,    1707 Sohn Road,     Aliquippa, PA 15001-4527
sp             +John J Zagari,    Zagari Law Office,     428 Forbes Avenue,    Suite 1801,
                 Pittsburgh, PA 15219-1614
15098157       +Midland Funding LLC,    320 East Big Beaver,     Troy, MI 48083-1271
15115304       +U.S. Department of Housing and Urban Development,      451 7th Street S.W.,
                 Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 27 2019 02:46:08       Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/Text: kburkley@bernsteinlaw.com Sep 27 2019 02:46:58      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,     707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2019 03:00:37
                 PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
15098150       +E-mail/Text: ally@ebn.phinsolutions.com Sep 27 2019 02:45:34       Ally Financial,
                 PO Box 380901,    Minneapolis, MN 55438-0901
15098153        E-mail/Text: kburkley@bernsteinlaw.com Sep 27 2019 02:46:58      Duquesne Light,
                 Customer Care Dept.,    411 Seventh Avenue MD 6-1,     Pittsburgh, PA 15230
15098151       +E-mail/Text: bankruptcy@cavps.com Sep 27 2019 02:46:41       Cavalry Portfolio Services,
                 500 Summit Lake Drive Suite 4A,     Valhalla, NY 10595-2323
15098616       +E-mail/Text: bankruptcy@cavps.com Sep 27 2019 02:46:41       Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,     Valhalla, NY 10595-2321
15098152       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 27 2019 02:45:48        Comenity Bank/Buckle,
                 PO Box 182789,    Columbus, OH 43218-2789
15098155       +E-mail/Text: bnc-capio@quantum3group.com Sep 27 2019 02:46:16       Law Offices of Mitchell Bluhm,
                 3400 Texoma Pky Suite 100,     Sherman, TX 75090-1916
15098156        E-mail/Text: camanagement@mtb.com Sep 27 2019 02:45:47       M&T Bank,    PO Box 900,
                 Millsboro, DE 19966
15129070        E-mail/Text: camanagement@mtb.com Sep 27 2019 02:45:47       M&T Bank,    PO Box 840,
                 Buffalo, NY 14240
15125196       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 27 2019 02:46:20       Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
15110486        E-mail/Text: bnc-quantum@quantum3group.com Sep 27 2019 02:45:59
                 Quantum3 Group LLC as agent for,     CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
15098158       +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2019 02:48:20       SYNCB/Care Credit,
                 PO Box 965036,    Orlando, FL 32896-5036
15098159       +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2019 02:49:52       SYNCB/JCPenney,    PO Box 965007,
                 Orlando, FL 32896-5007
15098160       +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2019 02:48:20       SYNCB/Lowes,    PO Box 965005,
                 Orlando, FL 32896-5005
15098277       +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2019 02:48:20       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
15119461       +E-mail/Text: bankruptcy@huntington.com Sep 27 2019 02:46:17       The Huntington National Bank,
                 P O Box 89424,    Cleveland OH 44101-6424
15098162       +E-mail/Text: bankruptcydepartment@tsico.com Sep 27 2019 02:46:55       Transworld Systems,
                 PO Box 15273,    Wilmington, DE 19850-5273
15098163       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 27 2019 02:45:25
                 Verizon Wireless,    500 Technology Drive Suite 550,     Saint Charles, MO 63304-2225
15098164       +E-mail/Text: documentfiling@lciinc.com Sep 27 2019 02:45:31       Xfinity,
                 219 Summit Park Drive,    Pittsburgh, PA 15275-1203
                                                                                               TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T Bank
15098161        SYNCB/Scorerewards,    PO Box 965005,    FL 32895-5005
15098154      ##+Eastern Revenue Inc.,     998 Old Eagle School Road Ste. 1204,    Wayne, PA 19087-1805
                                                                                                TOTALS: 2, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2           User: lfin                   Page 2 of 2                   Date Rcvd: Sep 26, 2019
                               Form ID: rsc13               Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
              Joan   Shinavski    on behalf of Debtor Lee W. Pillar joan@gabrielshieldslaw.com,
               jshinavski@hotmail.com;brandon@gabrielshieldslaw.com
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```