**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | **:** | **Bankruptcy No. 19-23046-GLT** |
| **LEE W. PILLAR,** | **:** | |
| **Debtor** | **:** | **Chapter 13** |
| **\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*:** | | **Document No.** |
| **Lee W. Pillar** | **:** | |
| **Movant** | **:** | |
| **v.** | **:** | |
| **American Airlines** | **:** | |
| **Attn:  Garnishment Department - RWE** | **:** | |
| **4000 East Sky Harbor Blvd.** | **:** | |
| **Phoenix, AZ 85034** | **:** | |
| **Respondent.** | **:** | |

## CERTIFICATE OF SERVICE OF ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

I, Joan Shinavski, Esquire, certify under penalty of perjury that, on November 26, 2019, I

served the **Order to Pay Trustee Pursuant to Wage Attachment dated November 22, 2019,**

**together with the Notification of Debtor's Social Security Number**, on the parties listed

below, by the means set forth below.

First Class Mail, postage prepaid
American Airlines
Attn:  Garnishment Department - RWE
4000 East Sky Harbor Blvd.
Phoenix, AZ 85034

Lee W. Pillar
1707 Sohn Drive
Aliquippa, PA 15001

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222
(without Notification of Debtor's Social Security Number)

Service pursuant to Court Procedure #11, Chapter 13 Procedures
of the U.S. Bankruptcy Court for the Western District of Pennsylvania

Ronda J. Winnecour, Chapter 13 Trustee
(without Notification of Debtor's Social Security Number)

Dated:  November 26, 2019                    */s/ Joan Shinavski*_____

                                             Joan Shinavski, Esquire
                                             PA I.D. No. 90978
                                             Gabriel & Shields
                                             Fort Pitt Commons Suite LL500
                                             445 Fort Pitt Boulevard
                                             Pittsburgh, PA 15219
                                             Telephone:  (412) 251-5246
                                             Facsimile:  (412) 532-2510
                                             E-mail:  joan@gabrielshieldslaw.com