IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 19-23046-GLT |
| Lee W. Pillar, | ) | |
|                 Debtor. | ) | Chapter 13 |
| | ) | |
| Lee W. Pillar, | ) | Document No.: |
|                 Movant, | ) | Related to Document No.: 50 |
| vs. | ) | |
| M&T Bank, | ) | Related to Claim No. 7 |
|                 Respondent. | ) | |

**CERTIFICATE OF SERVICE OF MODIFIED INTERIM
MORTGAGE MODIFICATION ORDER DATED NOVEMBER 22, 2019**

I certify under penalty of perjury that I served the above-captioned pleading on the parties at the addresses specified below, by the means set forth below, on the 22nd day of November, 2019:

Service by Email:
LMP@chapter13trusteewdpa.com

Service by First Class Mail
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

Ronda J. Winnecour
Chapter 13 Trustee
U.S. Steel Tower Suite 3250
600 Grant Street
Pittsburgh, PA  15219

Office of the United States Trustee
Liberty Center Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

Lee W. Pillar
1707 Sohn Drive
Aliquippa, PA 15001

Service by Electronic Means (CM/ECF)
Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

James Warmbrodt on behalf of Creditor M&T Bank
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


Dated:  November 25, 2019              */s/Joan Shinavski*_____
                                       Joan Shinavski, Esquire
                                       Counsel for Debtor/Movant
                                       PA ID No. 90978
                                       Fort Pitt Commons Suite LL 500
                                       445 Fort Pitt Boulevard
                                       Pittsburgh, PA 15219
                                       Telephone:  (412) 251-5246
                                       Facsimile:   (412) 532-2510
                                       E-mail:  joan@gabrielshieldslaw.com