# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-23046-GLT |
| LEE W. PILLAR, | : | |
| Debtor | : | Chapter 13 |
| ****************************************** | : | Document No. |
| Lee W. Pillar | : | Related to Document No. 57 |
| Movant | : | |
| v. | : | |
| Pennsylvania Transformer Technology, Inc. | : | |
| Attn: Payroll Department | : | |
| 201 Carolina Drive | : | |
| Raeford, NC 28376 | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE OF ORDER TO TERMINATE WAGE ATTACHMENT

I, Joan Shinavski, Esquire, certify under penalty of perjury that, on December 18, 2019, I served the above-captioned pleading, together with the Notification of Debtor's Social Security Number, on the parties listed below, by the means set forth below.

**Service by First-Class Mail**

Pennsylvania Transformer Technology, Inc.
Attn: Payroll Department
201 Carolina Drive
Raeford, NC 28376

Lee W. Pillar
1707 Sohn Drive
Aliquippa, PA 15001

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222
(without Notification of Debtor's Social Security Number)

Service pursuant to Court Procedure #11, Chapter 13 Procedures
of the U.S. Bankruptcy Court for the Western District of Pennsylvania

Ronda J. Winnecour, Chapter 13 Trustee

(without Notification of Debtor's Social Security Number)

Dated:  December 18, 2019  /s/ *Joan Shinavski*_____
Joan Shinavski, Esquire
PA ID #90978
Gabriel & Shields
Fort Pitt Commons, Suite LL500
445 Fort Pitt Boulevard
Pittsburgh, PA  15219
Telephone: (412) 251-5246
Facsimile: (412) 532-2510
E-mail:  joan@gabrielshieldslaw.com