FILED
12/17/19 11:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-23046-GLT |
| LEE W. PILLAR, | : | |
|          Debtor | : | Chapter 13 |
| ******************************************: | | Document No. |
| Lee W. Pillar | : | Related to Document No. 56 |
|          Movant | : | |
|   v. | : | |
| Pennsylvania Transformer Technology, Inc. | : | |
| Attn: Payroll Department | : | |
| 201 Carolina Drive | : | |
| Raeford, NC 28376 | : | |
|          Respondent. | : | |

## ORDER TO TERMINATE WAGE ATTACHMENT

AND NOW, this 17th day of December, 2019, it is ORDERED that the wage attachment order dated on or about September 6, 2019 and directed to Respondent Pennsylvania Transformer Technology, Inc. shall terminate.

IT IS FURTHER ORDERED that the Debtor shall serve this order and a copy of the Notification of Debtor's Social Security number (Local Form No. 12) that includes the debtor's full Social Security number, on the above-named entity. Debtor shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.

Dated: 12/17/19

cm: Joan Shinavski, Esq.

_____
GREGORY TADDONIO hct
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 19-23046-GLT
Lee W. Pillar                                                                       Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: lfin    Page 1 of 1    Date Rcvd: Dec 17, 2019
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2019.
db         +Lee W. Pillar,   1707 Sohn Road,   Aliquippa, PA 15001-4527

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2019 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
      Joan Shinavski    on behalf of Debtor Lee W. Pillar joan@gabrielshieldslaw.com,
       jshinavski@hotmail.com;brandon@gabrielshieldslaw.com
      Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
       jbluemle@bernsteinlaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                      TOTAL: 5