Certificate Number: 17082-PAW-DE-034268674

Bankruptcy Case Number: 19-23046



17082-PAW-DE-034268674

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 23, 2020</u>, at <u>4:02</u> o'clock <u>PM MST</u>, <u>LEE W PILLAR</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   March 23, 2020            By:   /s/Orsolya K Lazar

                                  Name: Orsolya K Lazar

                                  Title: Executive Director