IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 19-23046-GLT |
| Lee W. Pillar, | ) | Chapter 13 |
| Debtor. | ) | |
| _____ | ) | Document No.: |
| Lee W. Pillar, | ) | Related to Document No.: 49 |
| Movant, | ) | Related to Claim No. 7 |
| vs. | ) | |
| M&T Bank, | ) | Hearing Date and Time: |
| Respondent. | ) | April 8, 2020, at 11:00 a.m. |

## **STATUS REPORT**

AND NOW comes the Debtor, Lee W. Pillar, by and through their undersigned attorney Joan Shinavski, and respectfully represents as follows:

1. Respondent has offered Debtor a permanent loan modification and Debtor intends to accept that modification, pending approval of this Honorable Court.

2. Debtor's counsel will be filing a motion for approval of that modification.

WHEREFORE, the Debtor, Lee W. Pillar, respectfully files this Status Report in compliance with the terms of the Text Order (Docket No. 49) dated November 22, 2019.

Dated: March 31, 2020                                   Respectfully submitted,

***/s/ Joan Shinavski***
Joan Shinavski, Esquire
Pa. I.D. No. 90978
Attorney for the Debtor
Fort Pitt Commons Suite LL 500
445 Fort Pitt Boulevard
Pittsburgh, PA 15219
Telephone: (412) 251-5246
Facsmile:   (412) 532-2510
*joan@gabrielshieldslaw.com*