Case 19-23046-GLT    Doc 68    Filed 05/20/20    Entered 05/20/20 16:00:57    Desc Main
Document    Page 1 of 1

FILED
5/20/20 3:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | | |
|---|---|---|---|---|
| In re: | : | Case No.: | 19-23046-GLT |
| | : | Chapter: | 13 |
| Lee W. Pillar | : | | |
| | : | | |
| | : | Date: | 5/20/2020 |
| *Debtor(s).* | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER:**  Status Conference: # 49 Interim Trial Modification
  # 63 - Status Report

**APPEARANCES:**

  Debtor:  Joan Shinavski
  Trustee:  No appearance

**NOTES:** (10:57)

Court: A trial modification was approved in November with the last payment to be made in February. As of this date, no motion has been filed to approve a final loan modification. This status conference is set as a place holder to see if something has fallen through the cracks

Shinavski: The Debtor was offered a final loan modification and we have accepted it. We had difficulty getting it notarized with everything going on. I plan on filing a motion for approval today, I would ask that the loss mitigation period be extended and I don't anticipate there needing to be a hearing. I've been in contact with Mr. Warmbrodt and he's on the same page.

Court: I will continue the loan modification period by another 60 days.

**OUTCOME:**

1. Status Conference: # 49 Interim Trial Modification [Dkt. No. ] is CONCLUDED. [Text Order to Issue]

2. The Loss Mitigation Period is EXTENDED though July 31, 2020. [Text Order to Issue]

**DATED:** 5/20/2020