Case 19-23046-GLT    Doc 75    Filed 05/22/20    Entered 05/22/20 16:43:30    Desc Main
Document    Page 1 of 1

FILED
5/22/20 3:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** LEE W. PILLAR
- **Case Number:** 19-23046-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, MAY 21, 2020 02:30 PM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#18 - Continued Confirmation of Plan Dated 8/28/2019 (NFC)
R / M #: 18 / 0

### Appearances:

- **Debtor:** Joan Shinavski
- **Trustee:** (Winnecour) / Pail / Katz / DeSimone
- **Creditor:**

### Proceedings:

**Outcome:** Continued

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 7-15-20
   Objections are due on or before 7-31-20
   A hearing on the Amended Plan is set for 8-13-20 at 2:00 P.M.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: