**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-23046-GLT |
| Lee W. Pillar | : | Chapter 13 |
| Debtor. | : | |
| | : | Document No.: 70, 71 |
| Lee W. Pillar | : | Related to Document No.: |
| Movant | : | Related to Claim No. 7 |
| v. | : | |
| M&T Bank and Ronda J. Winnecour, | : | |
| Chapter 13 Trustee, | : | Hearing Date and Time: |
| Respondents. | : | June 17, 2020, at 10:30 a.m. |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR APPROVAL OF LOAN MODIFICATION AGREEMENT (DOCUMENT NO. 70)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Debtors' Motion for Approval of Loan Modification Agreement filed on May 21, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than June 8, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: June 9, 2020                                Respectfully submitted,

*/s/Joan Shinavski*
Joan Shinavski, Esquire
Attorney for Debtors/Movant
PA I.D. No. 90978
Fort Pitt Commons Suite LL 500
445 Fort Pitt Boulevard
Pittsburgh, PA 15219
Telephone: (412) 251-5246
Fax: (412) 532-2510
E-mail: joan@gabrielshieldslaw.com