# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
6/10/20 11:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-23046-GLT |
| Lee W. Pillar | : | Chapter 13 |
| Debtor. | : | |
| | : | Document No.: |
| Lee W. Pillar | : | Related to Document No.: 70 |
| Movant | : | Related to Claim No. 7 |
| v. | : | |
| M&T Bank and Ronda J. Winnecour, | : | |
| Chapter 13 Trustee, | : | Hearing Date and Time: |
| Respondents. | : | June 17, 2020, at 10:30 a.m. |

## PROPOSED ORDER

AND NOW, this  10th  day of    June   , 2020, upon consideration of the Debtor's Motion for Approval of Loan Modification Agreement, it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Loan Modification Agreement between the Debtor/Movant and Respondent Creditor attached to the Motion as Exhibit "A" is APPROVED.

2. The Loss Mitigation Process is resolved in compliance with *W.PA.LBR 9020-6*.

3. Debtors' counsel shall file a Loss Mitigation Final Report within seven (7) days of the date of this Order.

Dated: 6/10/20
Prepared by: Joan Shinavski, Esq.
DEFAULT ENTRY

Gregory L. Taddonio, Judge
U.S. Bankruptcy Court (WDPA)