**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/10/20 11:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-23046-GLT |
| Lee W. Pillar | : | Chapter 13 |
| Debtor. | : | |
| | : | Document No.: |
| Lee W. Pillar | : | Related to Document No.: 70 |
| Movant | : | Related to Claim No. 7 |
| v. | : | |
| M&T Bank and Ronda J. Winnecour, | : | |
| Chapter 13 Trustee, | : | Hearing Date and Time: |
| Respondents. | : | June 17, 2020, at 10:30 a.m. |

## PROPOSED ORDER

AND NOW, this __10th__ day of _____June_____, 2020, upon consideration of the Debtor's Motion for Approval of Loan Modification Agreement, it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Loan Modification Agreement between the Debtor/Movant and Respondent Creditor attached to the Motion as Exhibit "A" is APPROVED.

2. The Loss Mitigation Process is resolved in compliance with *W.PA.LBR 9020-6*.

3. Debtors' counsel shall file a Loss Mitigation Final Report within seven (7) days of the date of this Order.

Dated: 6/10/20
Prepared by: Joan Shinavski, Esq.
DEFAULT ENTRY

_____
Gregory L. Taddonio, Judge
U.S. Bankruptcy Court (WDPA)

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-23046-GLT
Lee W. Pillar                                                             Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin            Page 1 of 1            Date Rcvd: Jun 10, 2020
                         Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2020.
db            +Lee W. Pillar,   1707 Sohn Road,   Aliquippa, PA 15001-4527

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2020 at the address(es) listed below:
     James  Warmbrodt    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
     Joan  Shinavski    on behalf of Debtor Lee W. Pillar joan@gabrielshieldslaw.com,
      jshinavski@hotmail.com;brandon@gabrielshieldslaw.com
     Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
      jbluemle@bernsteinlaw.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                    TOTAL: 5