**Form 235**

UNITED STATES BANKRUPTCY COURT  83 – 82
WESTERN DISTRICT OF PENNSYLVANIA  dbas

In re:  : Bankruptcy Case No.: 19–23046–GLT
        :
        : Chapter: 13
        : Issued per the 8/13/2020 Proceeding

**Lee W. Pillar**
    Debtor(s)

## ORDER OF COURT CONFIRMING PLAN
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

*(1.)*  **PLAN CONFIRMATION:**

   IT IS HEREBY ORDERED that the Plan dated 7/15/2020 is CONFIRMED. A copy of this plan was previously mailed to you.

*(2.)*  **IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:**

**A.**   **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**   **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**   **Review of Claims Docket and Objections to Claims.** Debtor(s)'s counsel (or Debtor(s) if not represented by counsel) must review all proofs of claim within thirty (30) days after the claims bar date. All objections to pre−petition claims shall be filed within ninety (90) days after the claims bar date, thereafter allowing at least thirty (30) days for a response.

**D.**   **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**   **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: August 17, 2020
cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-23046-GLT
Lee W. Pillar                                                           Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas              Page 1 of 2          Date Rcvd: Aug 17, 2020
                              Form ID: 235            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2020.
```
db            +Lee W. Pillar,    1707 Sohn Road,    Aliquippa, PA 15001-4527
sp            +John J Zagari,    Zagari Law Office,    428 Forbes Avenue,    Suite 1801,
                Pittsburgh, PA 15219-1614
15098157      +Midland Funding LLC,    320 East Big Beaver,    Troy, MI 48083-1271
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 18 2020 04:14:34
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15098150      +E-mail/Text: ally@ebn.phinsolutions.com Aug 18 2020 04:06:50      Ally Financial,
                PO Box 380901,    Minneapolis, MN 55438-0901
15098153       E-mail/Text: kburkley@bernsteinlaw.com Aug 18 2020 04:07:53      Duquesne Light,
                Customer Care Dept.,    411 Seventh Avenue MD 6-1,    Pittsburgh, PA 15230
15098151      +E-mail/Text: bankruptcy@cavps.com Aug 18 2020 04:07:40      Cavalry Portfolio Services,
                500 Summit Lake Drive Suite 4A,    Valhalla, NY 10595-2323
15098616      +E-mail/Text: bankruptcy@cavps.com Aug 18 2020 04:07:40      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15098152      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 18 2020 04:07:06      Comenity Bank/Buckle,
                PO Box 182789,    Columbus, OH 43218-2789
15136358      +E-mail/Text: kburkley@bernsteinlaw.com Aug 18 2020 04:07:54      Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                Pittsburgh, PA 15219-1945
15098155      +E-mail/Text: bnc-capio@quantum3group.com Aug 18 2020 04:07:23      Law Offices of Mitchell Bluhm,
                3400 Texoma Pky Suite 100,    Sherman, TX 75090-1916
15129070       E-mail/Text: camanagement@mtb.com Aug 18 2020 04:07:03      M&T Bank,    PO Box 840,
                Buffalo, NY 14240
15098156       E-mail/Text: camanagement@mtb.com Aug 18 2020 04:07:03      M&T Bank,    PO Box 900,
                Millsboro, DE 19966
15125196      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 18 2020 04:07:25      Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
15110486       E-mail/Text: bnc-quantum@quantum3group.com Aug 18 2020 04:07:09
                Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
15098158      +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2020 04:14:20      SYNCB/Care Credit,
                PO Box 965036,    Orlando, FL 32896-5036
15098159      +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2020 04:14:21      SYNCB/JCPenney,    PO Box 965007,
                Orlando, FL 32896-5007
15098160      +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2020 04:14:21      SYNCB/Lowes,    PO Box 965005,
                Orlando, FL 32896-5005
15098277      +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2020 04:14:43      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15119461      +E-mail/Text: bankruptcy@huntington.com Aug 18 2020 04:07:24      The Huntington National Bank,
                P O Box 89424,    Cleveland OH 44101-6424
15098162      +E-mail/Text: bankruptcydepartment@tsico.com Aug 18 2020 04:07:49      Transworld Systems,
                PO Box 15273,    Wilmington, DE 19850-5273
15115304      +E-mail/PDF: OGCRegionIIIBankruptcy@hud.gov Aug 18 2020 04:14:25
                U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                Washington, DC 20410-0002
15130402       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 18 2020 04:15:00      Verizon,
                by American InfoSource as agent,    PO Box 4457,    Houston, TX 77210-4457
15098163      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 18 2020 04:06:45
                Verizon Wireless,    500 Technology Drive Suite 550,    Saint Charles, MO 63304-2225
15098164      +E-mail/Text: documentfiling@lciinc.com Aug 18 2020 04:06:47      Xfinity,
                219 Summit Park Drive,    Pittsburgh, PA 15275-1203
                                                                                               TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T Bank
15098161        SYNCB/Scorerewards,    PO Box 965005,    FL 32895-5005
cr*            +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
15098154     ##+Eastern Revenue Inc.,    998 Old Eagle School Road Ste. 1204,    Wayne, PA 19087-1805
                                                                                   TOTALS: 2, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: dbas              Page 2 of 2              Date Rcvd: Aug 17, 2020
                              Form ID: 235            Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2020 at the address(es) listed below:
          James    Warmbrodt     on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
          Joan    Shinavski     on behalf of Debtor Lee W. Pillar joan@gabrielshieldslaw.com,
           jshinavski@hotmail.com;brandon@gabrielshieldslaw.com
          Keri P. Ebeck     on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                         TOTAL: 5
```