# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | Case No.: 19-23046-GLT |
| Lee W. Pillar : | Chapter 13 |
|                 Debtor. : | |
| Lee W. Pillar, : | |
|                 Movant, : | |
| vs. : | |
| Ally Financial, Cavalry Portfolio Services, : | Document No.: |
| Calvary SPV I, LLC, Comenity Bank/Buckle, : | Related to Document No.: 88, 89 |
| Bernstein Law Firm, Duquesne Light Company, : | |
| Eastern Revenue, Inc., Law Offices of Mitchell Bluhm, : | |
| M&T Bank, Midland Funding LLC, KML Law : | Hearing Date and Time: |
| Group, Office of the United States Trustee, : | **December 10, 2020, at 11:00 a.m.** |
| PRA Receivables Management LLC, Pennsylvania : | |
| Department of Revenue, Quantum3 Group LLC as : | |
| agent for CF Medical LLC, SYNCB/Care Credit, : | |
| SYNCB/JCPenney, SYNCB/Lowes, Synchrony Bank, : | |
| The Huntington National Bank, Transworld Systems, : | |
| Department of Housing and Urban Development, : | |
| Verizon, Verizon Wireless, Xfinity, John J. Zagari, : | |
| and Ronda J. Winnecour, Chapter 13 Trustee, : | |
|                 Respondents. : | |

## CERTIFICATE OF SERVICE OF EXPEDITED MOTION TO APPROVE PERSONAL INJURY SETTLEMENT AND ATTORNEYS' FEES AND NOTICE AND ORDER SETTING HEARING ON AN EXPEDITED BASIS

I certify under penalty of perjury that I served the above-captioned pleading on the parties at the addresses specified below, by the means set forth below, on the 5th day of December, 2020:

<u>Service by First Class Mail</u>
All parties listed on the Court's official mailing matrix, a copy of which is attached hereto

<u>Service of Chapter 13 Trustee by email:</u>
Inquiries@chapter13trusteewdpa.com

kdesimone@chapter13trusteewdpa.com

<u>Service on December 4, 2020, by Electronic Notification</u>
Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Brian Nicholas on behalf of Creditor M&T Bank
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

*/s/Joan Shinavski*_____
Joan Shinavski, Esquire
Counsel for Debtor/Movant
Pa. ID No. 90978
Fort Pitt Commons Suite LL500
445 Fort Pitt Boulevard
Pittsburgh, PA 15219
Telephone:    (412) 251-5246
Fax:    (412) 532-2510
E-mail:    joan@gabrielshieldslaw.com