## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No.: 19-23046-GLT |
| Lee W. Pillar | : | Chapter 13 |
|                         Debtor. | : | |
| Lee W. Pillar, | : | |
|               Movant, | : | |
| vs. | : | |
| Ally Financial, Cavalry Portfolio Services, | : | Document No.: |
| Calvary SPV I, LLC, Comenity Bank/Buckle, | : | Related to Document No.: |
| Bernstein Law Firm, Duquesne Light Company, | : | |
| Eastern Revenue, Inc., Law Offices of Mitchell Bluhm, | : | |
| M&T Bank, Midland Funding LLC, KML Law | : | Hearing Date and Time: |
| Group, Office of the United States Trustee, | : | |
| PRA Receivables Management LLC, Pennsylvania | : | |
| Department of Revenue, Quantum3 Group LLC as | : | |
| agent for CF Medical LLC, SYNCB/Care Credit, | : | |
| SYNCB/JCPenney, SYNCB/Lowes, Synchrony Bank, | : | |
| The Huntington National Bank, Transworld Systems, | : | |
| Department of Housing and Urban Development, | : | |
| Verizon, Verizon Wireless, Xfinity, John J. Zagari, | : | |
| and Ronda J. Winnecour, Chapter 13 Trustee, | : | |
|                       Respondents. | : | |

## CONSENT ORDER APPROVING PERSONAL INJURY SETTLEMENT AND ATTORNEYS' FEES

**AND NOW**, this _____ day of _____, 2020, upon consideration of the Expedited Motion for Approval of Personal Injury Settlement and Attorneys' Fees, and after opportunity for a hearing on said Motion,

1. **It is hereby ORDERED, ADJUDGED and DECREED** that the settlement and release attached to Debtor's motion as Exhibit "B" and relating to the injuries Debtor sustained as a result of the automobile accident on October 9, 2018, is approved; and

2. Attorneys' fees to Special Counsel John J. Zagari, Esquire, in the amount of 40.0% of the gross amount obtained through settlement ($40,000.00), are approved; and

3. Special Counsel shall pay the proposed $15,000.00 directly to the Chapter 13 Trustee out of the settlement proceeds before, or contemporaneously with, the payment of

the net to the Debtor. Said payment shall be by means of certified funds payable to "Ronda J. Winnecour, Trustee" and sent to Ronda J. Winnecour, Chapter 13 Trustee, W.D.P.A., PO Box 84051, Chicago, IL 60689; and

    4. The lump sum payment of $15,000.00 to the Trustee for plan completion is understood to be an estimate and the actual balance needed is subject to a final audit by the Trustee. The lump sum payment shall, after Trustee fees, be used to make a 100% dividend to timely filed priority and general unsecured creditors, and then applied to balance on Debtor attorney fees, and to the extent of any funds left over, to secured debt. The Debtor will pay any additional amounts needed to pay off the plan or will be refunded any surplus; and

    5. The net balance of the settlement proceeds, after payment of attorneys' fees and costs and the lump sum payment to the Trustee, shall be paid to the Debtor.

    **Gregory L. Taddonio**
    U.S. Bankruptcy Judge (WDPA)

Prepared by:
Joan Shinavski, Esquire

Consented to by:

/s/ Owen Katz
Ronda J. Winnecour, Chapter 13 Trustee WDPA
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
*cmecf@chapter13trusteewdpa.com*
Dated: 12/06/2020

/s/ Joan Shinavski
Joan Shinavski, Esquire

Attorney for Lee W. Pillar, Debtor/ Movant
Fort Pitt Commons Suite LL 500
445 Fort Pitt Boulevard
Pittsburgh, PA 15219
(412) 251-5246
*joan@gabrielshieldslaw.com*
Pa. ID No. 90978
Dated:  12/06/2020