FILED
12/7/20 1:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Lee W. Pillar<br>　　　　　　　　Debtor.<br>Lee W. Pillar,<br>　　　　　　　　Movant,<br>vs.<br>Ally Financial, Cavalry Portfolio Services, Calvary SPV I, LLC, Comenity Bank/Buckle, Bernstein Law Firm, Duquesne Light Company, Eastern Revenue, Inc., Law Offices of Mitchell Bluhm, M&T Bank, Midland Funding LLC, KML Law Group, Office of the United States Trustee, PRA Receivables Management LLC, Pennsylvania Department of Revenue, Quantum3 Group LLC as agent for CF Medical LLC, SYNCB/Care Credit, SYNCB/JCPenney, SYNCB/Lowes, Synchrony Bank, The Huntington National Bank, Transworld Systems, Department of Housing and Urban Development, Verizon, Verizon Wireless, Xfinity, John J. Zagari, and Ronda J. Winnecour, Chapter 13 Trustee,<br>　　　　　　　　Respondents. | : : : : : : : : : : : : : : : : : : : : : : : | Case No.: 19-23046-GLT<br>Chapter 13<br><br><br><br><br>Document No.:<br>Related to Document No.: 88 and 93<br><br>Hearing Date and Time: |

### CONSENT ORDER APPROVING PERSONAL INJURY SETTLEMENT AND ATTORNEYS' FEES

**AND NOW**, this  7th  day of  December , 2020, upon consideration of the Expedited Motion for Approval of Personal Injury Settlement and Attorneys' Fees, and after opportunity for a hearing on said Motion,

1. **It is hereby ORDERED, ADJUDGED and DECREED** that the settlement and release attached to Debtor's motion as Exhibit "B" and relating to the injuries Debtor sustained as a result of the automobile accident on October 9, 2018, is approved; and

2. Attorneys' fees to Special Counsel John J. Zagari, Esquire, in the amount of 40.0% of the gross amount obtained through settlement ($40,000.00), are approved; and

3. Special Counsel shall pay the proposed $15,000.00 directly to the Chapter 13 Trustee out of the settlement proceeds before, or contemporaneously with, the payment of

the net to the Debtor. Said payment shall be by means of certified funds payable to "Ronda J. Winnecour, Trustee" and sent to Ronda J. Winnecour, Chapter 13 Trustee, W.D.P.A., PO Box 84051, Chicago, IL 60689; and

    4. The lump sum payment of $15,000.00 to the Trustee for plan completion is understood to be an estimate and the actual balance needed is subject to a final audit by the Trustee. The lump sum payment shall, after Trustee fees, be used to make a 100% dividend to timely filed priority and general unsecured creditors, and then applied to balance on Debtor attorney fees, and to the extent of any funds left over, to secured debt. The Debtor will pay any additional amounts needed to pay off the plan or will be refunded any surplus; and

    5. The net balance of the settlement proceeds, after payment of attorneys' fees and costs and the lump sum payment to the Trustee, shall be paid to the Debtor.

    6.    The hearing scheduled for December 10, 2020 is CANCELLED.

Dated: 12/7/2020

_____
Gregory L. Taddonio   hct
U.S. Bankruptcy Judge (WDPA)

Prepared by:
Joan Shinavski, Esquire

Consented to by:

/s/ Owen Katz_____
Ronda J. Winnecour, Chapter 13 Trustee WDPA
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
*cmecf@chapter13trusteewdpa.com*
Dated: 12/06/2020

/s/ Joan Shinavski_____
Joan Shinavski, Esquire

Attorney for Lee W. Pillar, Debtor/ Movant
Fort Pitt Commons Suite LL 500
445 Fort Pitt Boulevard
Pittsburgh, PA 15219
(412) 251-5246
*joan@gabrielshieldslaw.com*
Pa. ID No. 90978
Dated:  12/06/2020

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23046-GLT |
| Lee W. Pillar | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 1 |
| Date Rcvd: Dec 07, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2020:**

**Recip ID        Recipient Name and Address**
db            + Lee W. Pillar, 1707 Sohn Road, Aliquippa, PA 15001-4527

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2020                            Signature:            /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2020 at the address(es) listed below:

**Name                Email Address**

Brian Nicholas
                   on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com

Joan Shinavski
                   on behalf of Debtor Lee W. Pillar joan@gabrielshieldslaw.com  jshinavski@hotmail.com;brandon@gabrielshieldslaw.com

Keri P. Ebeck
                   on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
                   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                   cmecf@chapter13trusteewdpa.com

TOTAL: 5