**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/19/2021

IN RE:

LEE W. PILLAR
1707 SOHN ROAD
ALIQUIPPA, PA 15001
XXX-XX-3098        Debtor(s)

Case No. 19-23046 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/19/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  SYNC~SCORE REWARDS/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  7299 |
| **BERNSTEIN-BURKLEY PC**<br>2200 GULF TOWER<br>707 GRANT ST<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:3   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  M AND T BANK/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **M & T BANK**<br>ATTN PAYMENT PROCESSING<br>POB 1288<br><br>BUFFALO, NY  14240-1288 | Trustee Claim Number:4   INT %:  0.00%<br>Court Claim Number:7<br><br>CLAIM:  0.00<br>COMMENT:  1470.41/PL*1901.60 X (60+2)=LMT*BGN 8/19*LN MOD @ 33 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  7575 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA  17128 | Trustee Claim Number:5   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO YRS~SALES TAX/SCH*RMVD/PL | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: |
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br><br>PHOENIX, AZ  85062-8367 | Trustee Claim Number:6   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  REPO~DFNCY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br><br>TEMPE, AZ  85282 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:1<br><br>CLAIM:  2,952.01<br>COMMENT:  NO$~ACCT~CAP 1 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4967 |
| **COMENITY BANK**<br>PO BOX 182272<br><br>COLUMBUS, OH  43218 | Trustee Claim Number:8   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$~BUCKLE/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:11<br><br>CLAIM:  249.37<br>COMMENT:  NO NUMB/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8718 |
| **EASTERN REVENUE INCOPORATED++**<br>998 OLD EAGLE SCHOOL RD<br><br>WAYNE, PA  19087 | Trustee Claim Number:10  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  BRIGHTON RDLGY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **GOLDBERG KAMIN & GARVIN LLP**<br>437 GRANT ST STE 1806<br>PITTSBURGH, PA 15219-6101 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **HUNTINGTON NATIONAL BANK(*)**<br>5555 CLEVELAND AVE - GW1N10<br>COLUMBUS, OH 43231 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 2,087.31<br>COMMENT: NO$-ACCT/SCH*OVERDRAFT FEES | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6621 |
| **QUANTUM3 GROUP LLC AGNT - CF MEDICAL LL**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 191.61<br>COMMENT: HERITAGE VLLY BVR*MED DEBT | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6278 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~SYNC BANK/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~CARE CREDIT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~JCP/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~LOWES/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 745.54<br>COMMENT: NO$~SCORERWRDS/SCH*SYNCHRONY BANK/DICKS | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7299 |
| **QUANTUM3 GROUP LLC AGNT - CF MEDICAL LL**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 155.12<br>COMMENT: HRTG VLLY EMRGNCY PHYSCNS*MED DEBT | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6658 |
| **TRANSWORLD SYSTEMS**<br>PO BOX 17221<br>WILMINGTON, DE 19850-7221 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~MEDEXPRESS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim # | INT % | Court Claim # | CRED DESC | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|---|
| CF MEDICAL<br>PO BOX 3209<br>SHERMAN, TX 75091 | 21 | 0.00% |  | SPECIAL NOTICE ONLY |  | 0.00 | NT ADR/SCH |
| KEIFER AND TSAROUHIS LLP<br>21 S 9TH ST STE 200<br>ALLENTOWN, PA 18102 | 22 | 0.00% |  | SPECIAL NOTICE ONLY |  | 0.00 |  |
| STATE FARM INSURANCE<br>PA OFFICE<br>ONE STATE FARM DRIVE<br>CONCORDVILLE, PA 19339 | 23 | 0.00% |  | NOTICE ONLY |  | 0.00 | /SCH G |
| VERIZON WIRELESS<br>500 TECHNOLOGY DR STE 550<br>ATTN ADMINISTRATION<br>WELDON SPRING, MO 63304 | 24 | 0.00% |  | NOTICE ONLY |  | 0.00 | /SCH G |
| XFINITY CABLE<br>300 CORLISS ST<br>PITTSBURGH, PA 15204 | 25 | 0.00% |  | NOTICE ONLY |  | 0.00 | NT ADR/SCH G |
| US DEPARTMENT OF HUD**<br>C/O NOVAD MANAGEMENT CONSULTING LLC<br>2401 NW 23RD ST STE 1A1<br>OKLAHOMA CITY, OK 73107 | 26 | 0.00% | 3 | MORTGAGE PAID IN FULL | 1196 | 0.00 | NO PMTS DUE/CONF*NT/SCH-PL*NT DUE/CL*79042.17/CL |
| MIDLAND FUNDING LLC<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | 27 | 0.00% | 6 | UNSECURED CREDITOR | 2172 | 468.37 | SCH@ 8*COMENITY BANK~THE BUCKLE |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | 28 | 0.00% | 10 | UNSECURED CREDITOR | 0001 | 1,360.45 | NT/SCH*NO PMTS EVER |
| QUANTUM3 GROUP LLC AGNT - CF MEDICAL LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | 29 | 0.00% | 9 | UNSECURED CREDITOR | 0631 | 1,253.42 | NT/SCH*HERITAGE VALLEY BEAVER*MED DEBT |
| M & T BANK<br>POB 900<br>MILLSBORO, DE 19966 | 30 | 0.00% | 7 | MORTGAGE REGULAR PAYMENT | 3098 | 5,658.32 | LN MOD @ 33 |

| CLAIM RECORDS | | |
|---|---|---|
| **M & T BANK** | Trustee Claim Number:31  INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| ATTN PAYMENT PROCESSING | Court Claim Number:7 | ACCOUNT NO.: 7575 |
| POB 1288 | CLAIM: 0.00 | |
| BUFFALO, NY  14240-1288 | COMMENT: $0ARRS/PL*THRU 7/19*29347.96/CL*LN MOD @ 33 | |
| **HUNTINGTON NATIONAL BANK(*)** | Trustee Claim Number:32  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 5555 CLEVELAND AVE - GW1N10 | Court Claim Number:12 | ACCOUNT NO.: 2577 |
|  | CLAIM: 344.12 | |
| COLUMBUS, OH  43231 | COMMENT: SCH@CID 12*DEPOSIT ACCT OVERDRAFT | |
| **M & T BANK** | Trustee Claim Number:33  INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEI |
| ATTN PAYMENT PROCESSING | Court Claim Number:7-2 | ACCOUNT NO.: 7575 |
| POB 1288 | CLAIM: 0.00 | |
| BUFFALO, NY  14240-1288 | COMMENT: PMT/DECL*BGN 4/20*DKT4PMT-LMT*2050/PL*AMD CL~LN MOD | |