## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 19-23046-GLT |
| **LEE W. PILLAR** | : | |
| Debtor. | : | Chapter 13 |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. The Debtor, on March 23, 2020, at Document No. 62, complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of Postpetition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form.

This Certification is being signed under penalty of perjury by undersigned counsel who duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: June 29, 2021            */s/ Joan Shinavski*
                                Joan Shinavski, Esquire
                                PA I.D. No. 90978
                                Fort Pitt Commons Suite LL 500
                                445 Fort Pitt Boulevard
                                Pittsburgh, PA  15219
                                Telephone:  (412) 251-5246
                                Facsimile:  (412) 532-2510
                                E-mail:  joan@gabrielshieldslaw.com

                                Attorney for Debtor