Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Lee W. Pillar**<br>  *Debtor(s)* | Case No. 19−23046−GLT<br>Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,**<br>  *Movant(s),* | |
| v.<br>**No Respondents**<br>  *Respondent(s).* | Related to Document No. 102<br><br>Hearing Date: 9/1/21 at 02:30 PM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 28th of June, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 102 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) *On or before August 12, 2021*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *September 1, 2021 at 02:30 PM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* SUBJECT TO CLOSURE WITHOUT A DISCHARGE *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23046-GLT |
| Lee W. Pillar | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 3 |
| Date Rcvd: Jun 28, 2021 | Form ID: 604 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lee W. Pillar, 1707 Sohn Road, Aliquippa, PA 15001-4527 |
| sp | + | John J Zagari, Zagari Law Office, 428 Forbes Avenue, Suite 1801, Pittsburgh, PA 15219-1614 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 28 2021 23:32:01 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15098150 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 28 2021 23:26:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 15098153 | | Email/Text: kburkley@bernsteinlaw.com | Jun 28 2021 23:27:00 | Duquesne Light, Customer Care Dept., 411 Seventh Avenue MD 6-1, Pittsburgh, PA 15230 |
| 15098151 | + | Email/Text: bankruptcy@cavps.com | Jun 28 2021 23:27:00 | Cavalry Portfolio Services, 500 Summit Lake Drive Suite 4A, Valhalla, NY 10595-2323 |
| 15098616 | + | Email/Text: bankruptcy@cavps.com | Jun 28 2021 23:27:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15098152 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2021 23:26:52 | Comenity Bank/Buckle, PO Box 182789, Columbus, OH 43218-2789 |
| 15136358 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 28 2021 23:27:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15098155 | + | Email/Text: bnc-capio@quantum3group.com | Jun 28 2021 23:26:00 | Law Offices of Mitchell Bluhm, 3400 Texoma Pky Suite 100, Sherman, TX 75090-1916 |
| 15129070 | | Email/Text: camanagement@mtb.com | Jun 28 2021 23:26:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 15098156 | | Email/Text: camanagement@mtb.com | Jun 28 2021 23:26:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 15098157 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 28 2021 23:27:00 | Midland Funding LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15125196 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 28 2021 23:27:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15110486 | | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2021 23:26:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15098158 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2021 23:32:07 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 15098159 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2021 23:32:07 | SYNCB/JCPenney, PO Box 965007, Orlando, FL 32896-5007 |

| District/off: 0315-2 | User: jhel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 28, 2021 | Form ID: 604 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| 15098160 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2021 23:32:07 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 15098277 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2021 23:31:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15119461 | + | Email/Text: bankruptcy@huntington.com | Jun 28 2021 23:26:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 15098162 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 28 2021 23:27:00 | Transworld Systems, PO Box 15273, Wilmington, DE 19850-5273 |
| 15115304 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 28 2021 23:31:40 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 15130402 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 28 2021 23:32:03 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15098163 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 28 2021 23:25:00 | Verizon Wireless, 500 Technology Drive Suite 550, Saint Charles, MO 63304-2225 |
| 15098164 | + | Email/Text: documentfiling@lciinc.com | Jun 28 2021 23:26:00 | Xfinity, 219 Summit Park Drive, Pittsburgh, PA 15275-1203 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T Bank |
| 15098161 | | SYNCB/Scorerewards, PO Box 965005, FL 32895-5005 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15098154 | ##+ | Eastern Revenue Inc., 998 Old Eagle School Road Ste. 1204, Wayne, PA 19087-1805 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 30, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Joan Shinavski | on behalf of Debtor Lee W. Pillar joan@gabrielshieldslaw.com jshinavski@hotmail.com;brandon@gabrielshieldslaw.com |
| Keri P. Ebeck | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 3 of 3 |
| Date Rcvd: Jun 28, 2021 | Form ID: 604 | Total Noticed: 25 |

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 5