**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Lee W. Pillar** | Social Security number or ITIN  **xxx−xx−3098** |
| | First Name  Middle Name  Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **19−23046−GLT**

# Order of Discharge                                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lee W. Pillar

<u>8/13/21</u>                                                **By the court:**    <u>Gregory L. Taddonio</u>
                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Lee W. Pillar  
    Debtor

Case No. 19-23046-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: lfin      Page 1 of 3  
Date Rcvd: Aug 13, 2021      Form ID: 3180W      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lee W. Pillar, 1707 Sohn Road, Aliquippa, PA 15001-4527 |
| sp | + | John J Zagari, Zagari Law Office, 428 Forbes Avenue, Suite 1801, Pittsburgh, PA 15219-1614 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 14 2021 03:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 13 2021 23:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 14 2021 03:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 13 2021 23:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: RECOVERYCORP.COM | Aug 14 2021 03:18:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15098150 | + | EDI: GMACFS.COM | Aug 14 2021 03:08:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 15098153 | | Email/Text: kburkley@bernsteinlaw.com | Aug 13 2021 23:13:00 | Duquesne Light, Customer Care Dept., 411 Seventh Avenue MD 6-1, Pittsburgh, PA 15230 |
| 15098151 | + | Email/Text: bankruptcy@cavps.com | Aug 13 2021 23:13:00 | Cavalry Portfolio Services, 500 Summit Lake Drive Suite 4A, Valhalla, NY 10595-2323 |
| 15098616 | + | Email/Text: bankruptcy@cavps.com | Aug 13 2021 23:13:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15098152 | + | EDI: WFNNB.COM | Aug 14 2021 03:08:00 | Comenity Bank/Buckle, PO Box 182789, Columbus, OH 43218-2789 |
| 15136358 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 13 2021 23:13:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15098155 | + | EDI: CAPIO.COM | Aug 14 2021 03:18:00 | Law Offices of Mitchell Bluhm, 3400 Texoma Pky Suite 100, Sherman, TX 75090-1916 |
| 15098156 | | Email/Text: camanagement@mtb.com | Aug 13 2021 23:13:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |

| District/off: 0315-2 | User: lfin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 13, 2021 | Form ID: 3180W | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| 15129070 | | Email/Text: camanagement@mtb.com | Aug 13 2021 23:13:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 15098157 | + | EDI: MID8.COM | Aug 14 2021 03:18:00 | Midland Funding LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15125196 | + | EDI: MID8.COM | Aug 14 2021 03:18:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15110486 | | EDI: Q3G.COM | Aug 14 2021 03:18:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15098158 | + | EDI: RMSC.COM | Aug 14 2021 03:08:00 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 15098159 | + | EDI: RMSC.COM | Aug 14 2021 03:08:00 | SYNCB/JCPenney, PO Box 965007, Orlando, FL 32896-5007 |
| 15098160 | + | EDI: RMSC.COM | Aug 14 2021 03:08:00 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 15098277 | + | EDI: RMSC.COM | Aug 14 2021 03:08:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15119461 | + | Email/Text: bankruptcy@huntington.com | Aug 13 2021 23:13:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 15098162 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 13 2021 23:13:00 | Transworld Systems, PO Box 15273, Wilmington, DE 19850-5273 |
| 15115304 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 13 2021 23:26:46 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 15130402 | | EDI: AIS.COM | Aug 14 2021 03:18:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15098163 | + | EDI: VERIZONCOMB.COM | Aug 14 2021 03:08:00 | Verizon Wireless, 500 Technology Drive Suite 550, Saint Charles, MO 63304-2225 |
| 15098164 | + | EDI: COMCASTCBLCENT | Aug 14 2021 03:08:00 | Xfinity, 219 Summit Park Drive, Pittsburgh, PA 15275-1203 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T Bank |
| 15098161 | | SYNCB/Scorerewards, PO Box 965005, FL 32895-5005 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15098154 | ##+ | Eastern Revenue Inc., 998 Old Eagle School Road Ste. 1204, Wayne, PA 19087-1805 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0315-2 | User: lfin | Page 3 of 3
Date Rcvd: Aug 13, 2021 | Form ID: 3180W | Total Noticed: 27

Date: Aug 15, 2021          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2021 at the address(es) listed below:**

**Name**            **Email Address**

Brian Nicholas
on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com

Joan Shinavski
on behalf of Debtor Lee W. Pillar joan@gabrielshieldslaw.com jshinavski@hotmail.com;brandon@gabrielshieldslaw.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 5