**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/13/21 1:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
LEE W. PILLAR

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-23046

Chapter 13
Related to Dkt. No. 102

## ORDER OF COURT

AND NOW, this 13th day of August 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

GREGORY L. TADDONIO  jah
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23046-GLT |
| Lee W. Pillar | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 3 |
| Date Rcvd: Aug 13, 2021 | Form ID: pdf900 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lee W. Pillar, 1707 Sohn Road, Aliquippa, PA 15001-4527 |
| sp | + | John J Zagari, Zagari Law Office, 428 Forbes Avenue, Suite 1801, Pittsburgh, PA 15219-1614 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 13 2021 23:26:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15098150 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 13 2021 23:13:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 15098153 | | Email/Text: kburkley@bernsteinlaw.com | Aug 13 2021 23:13:00 | Duquesne Light, Customer Care Dept., 411 Seventh Avenue MD 6-1, Pittsburgh, PA 15230 |
| 15098151 | + | Email/Text: bankruptcy@cavps.com | Aug 13 2021 23:13:00 | Cavalry Portfolio Services, 500 Summit Lake Drive Suite 4A, Valhalla, NY 10595-2323 |
| 15098616 | + | Email/Text: bankruptcy@cavps.com | Aug 13 2021 23:13:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15098152 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 13 2021 23:13:00 | Comenity Bank/Buckle, PO Box 182789, Columbus, OH 43218-2789 |
| 15136358 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 13 2021 23:13:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15098155 | + | Email/Text: bnc-capio@quantum3group.com | Aug 13 2021 23:13:00 | Law Offices of Mitchell Bluhm, 3400 Texoma Pky Suite 100, Sherman, TX 75090-1916 |
| 15098156 | | Email/Text: camanagement@mtb.com | Aug 13 2021 23:13:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 15129070 | | Email/Text: camanagement@mtb.com | Aug 13 2021 23:13:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 15098157 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 13 2021 23:13:00 | Midland Funding LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15125196 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 13 2021 23:13:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15110486 | | Email/Text: bnc-quantum@quantum3group.com | Aug 13 2021 23:13:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15098158 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 13 2021 23:26:45 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 15098159 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 13 2021 23:26:45 | SYNCB/JCPenney, PO Box 965007, Orlando, FL 32896-5007 |

Case 19-23046-GLT   Doc 114   Filed 08/15/21   Entered 08/16/21 00:34:25   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: lfin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 13, 2021 | Form ID: pdf900 | Total Noticed: 25 |

| 15098160 | + | Email/PDF: gecsedi@recoverycorp.com | | |
|---|---|---|---|---|
| | | | Aug 13 2021 23:26:37 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 15098277 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Aug 13 2021 23:26:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15119461 | + | Email/Text: bankruptcy@huntington.com | | |
| | | | Aug 13 2021 23:13:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 15098162 | + | Email/Text: bankruptcydepartment@tsico.com | | |
| | | | Aug 13 2021 23:13:00 | Transworld Systems, PO Box 15273, Wilmington, DE 19850-5273 |
| 15115304 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |
| | | | Aug 13 2021 23:26:46 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 15130402 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | | Aug 13 2021 23:26:47 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15098163 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Aug 13 2021 23:13:00 | Verizon Wireless, 500 Technology Drive Suite 550, Saint Charles, MO 63304-2225 |
| 15098164 | + | Email/Text: documentfiling@lciinc.com | | |
| | | | Aug 13 2021 23:13:00 | Xfinity, 219 Summit Park Drive, Pittsburgh, PA 15275-1203 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T Bank |
| 15098161 | | SYNCB/Scorerewards, PO Box 965005, FL 32895-5005 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15098154 | ##+ | Eastern Revenue Inc., 998 Old Eagle School Road Ste. 1204, Wayne, PA 19087-1805 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 15, 2021         Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Joan Shinavski | on behalf of Debtor Lee W. Pillar joan@gabrielshieldslaw.com jshinavski@hotmail.com;brandon@gabrielshieldslaw.com |

District/off: 0315-2 | User: lfin | Page 3 of 3
Date Rcvd: Aug 13, 2021 | Form ID: pdf900 | Total Noticed: 25

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 5